JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON CHRISTOPHER RITTER, | Case No. 5:22-02176 WLH (ADS) |
| Petitioner, | |
| v. | JUDGMENT |
| KELLY SANTORO, Warden, | |
| Respondent. | |

Pursuant to the Court's Order Accepting United States Magistrate Judge's Report and Recommendation, the Court adjudges the Petition denied with prejudice.

DATED: 10/8/2024

_____
THE HONORABLE WESLEY L. HSU
United States District Judge